FILED
CLERK, U.S. DISTRICT COURT
11/21/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: jb DEPUTY

Query Reports Utilities Help What's New Log Out

CLOSED,TRANSFER-OUT

**U.S. District Court**
**DISTRICT OF ARIZONA (Phoenix Division)**
**CRIMINAL DOCKET FOR CASE #: 2:22-cr-01570-JJT All Defendants**

2:23-cr-00555-HDV

Case title: USA v. Stewart | Date Filed: 11/29/2022

Magistrate judge case number: 2:22-mj-03368-MTM | Date Terminated: 03/27/2023

---

Assigned to: Judge John J Tuchi

**Defendant (1)**

**Jermell Lyn Stewart**
30098-510
*TERMINATED: 03/27/2023*

represented by **Kaitlin Sofia Verdura**
Verdura Law Group PLLC
P.O. Box 45345
Phoenix, AZ 85064
602-421-0515
Fax: 877-257-8895
Email: kv@verduralaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

8:1324(a)(1)(A)(ii) and (a)(1)(B)(ii) - Transportation of Illegal Aliens
(1)

**Disposition**

Defendant committed to the custody of the Bureau of Prisons for a term of TIME SERVED; followed by supervised release for a term of THREE (3) YEARS. Special Assessment: $100.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

8:1324(a)(1)(A)(ii) Transportation of Illegal Aliens

**Disposition**

---

**Material Witness**

**Material Witnesses**
*TERMINATED: 11/29/2022*

represented by **Michael S Reeves**
Law Office of Michael S Reeves
1212 E Osborn Rd
Phoenix, AZ 85014
602-604-7577
Fax: 602-604-7555
Email: Sportclips1212@yahoo.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

**Plaintiff**

**USA** represented by **Lisa Jennis**
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
602-514-7500
Fax: 602-514-7450
Email: lisa.jennis@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/02/2022 | | Arrest of Jermell Lyn Stewart on 11/2/2022. (KMB) [2:22-mj-03368-MTM] (Entered: 11/04/2022) |
| 11/04/2022 | 1 | COMPLAINT as to Jermell Lyn Stewart. (KMB) [2:22-mj-03368-MTM] (Entered: 11/04/2022) |
| 11/04/2022 | 2 | AFFIDAVIT FOR DETENTION OF MATERIAL WITNESSES by USA as to Jermell Lyn Stewart signed by Magistrate Judge Michael T Morrissey. (KMB) [2:22-mj-03368-MTM] (Entered: 11/04/2022) |
| 11/04/2022 | 3 | MINUTE ORDER: Setting Hearing as to Jermell Lyn Stewart. Initial Appearance set for 11/4/2022 at 03:00 PM before Magistrate Judge Michael T Morrissey. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (KMB) [2:22-mj-03368-MTM] (Entered: 11/04/2022) |
| 11/04/2022 | 5 | MINUTE ENTRY for proceedings held before Magistrate Judge Michael T Morrissey: Initial Appearance as to Jermell Lyn Stewart held on 11/4/2022. FINANCIAL AFFIDAVIT TAKEN. Appointing Kaitlin Sofia Verdura for Defendant with Appointment Type: CJA. Detention and Status Hearings requested.<br><br>As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.<br><br>**Appearances**: AUSA Dimitra Sampson on behalf of Lisa Jennis for the Government, CJA Attorney Kaitlin Verdura for Defendant. Defendant is present and in custody. Detention Hearing and Status Hearing re: Preliminary Hearing set for 11/8/2022 at 01:30 PM in Courtroom 305, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Eileen S Willett. Status Hearing re: Material Witness Video Depositions set for 11/16/2022 at 02:00 PM in Courtroom 304, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Deborah M Fine. (Recorded by COURTSMART.) Hearing held 3:20 PM to 3:28 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (KGM) [2:22-mj-03368-MTM] (Entered: 11/07/2022) |
| 11/04/2022 | 6 | SEALED CJA 23 Financial Affidavit by Jermell Lyn Stewart. (KGM) [2:22-mj-03368-MTM] (Entered: 11/07/2022) |
| 11/04/2022 | 8 | MINUTE ENTRY for proceedings held before Magistrate Judge Michael T Morrissey: Initial Appearance for Material Witnesses in case as to Jermell Lyn Stewart held on 11/4/2022. Material Witnesses are present and in custody. Appointing Michael Reeves as counsel for Material Witnesses. Material Witnesses are notified of the Status Hearing previously set for 11/16/2022 before Judge Fine, and their presence at said hearing is waived by counsel. Order to issue.<br><br>**Appearances**: AUSA Dimitra Sampson on behalf of Lisa Jennis for the Government, CJA Attorney Michael Reeves for Material Witnesses. Spanish Interpreter Eduardo Arenas assists Material Witnesses. (Recorded by COURTSMART.) Hearing held 4:14 PM to 4:20 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (KGM) [2:22-mj-03368-MTM] (Entered: 11/07/2022) |
| 11/07/2022 | 7 | ORDER: Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is ordered to disclose in a timely manner all exculpatory evidence to the defendant(s), that is, all evidence that is favorable to the defendant(s) or tends to cast doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order may result in consequences, including, but not limited |

| | | |
|---|---|---|
| | | to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court.<br><br>Ordered by Magistrate Judge Michael T Morrissey.(KGM)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) [2:22-mj-03368-MTM] (Entered: 11/07/2022) |
| 11/07/2022 | 9 | MATERIAL WITNESS ORDER as to Jermell Lyn Stewart. Signed by Magistrate Judge Michael T Morrissey on 11/7/2022.(KGM) [2:22-mj-03368-MTM] (Entered: 11/07/2022) |
| 11/08/2022 | 10 | MINUTE ENTRY for proceedings held before Magistrate Judge Eileen S. Willett: Detention Hearing and Status Hearing re: Preliminary Hearing as to Jermell Lyn Stewart held on 11/8/2022. Defendant waives the Preliminary Hearing. The Court finds that probable cause is established. Defendant held to answer before District Court. The Government is seeking detention. Counsel proceed by way of proffer. IT IS ORDERED taking the issue of detention UNDER ADVISEMENT.<br><br>**Appearances**: AUSA Lisa Jennis for the Government, CJA Attorney Kaitlin Verdura for defendant. Defendant is present and in custody. (Recorded by COURTSMART.) Hearing held 1:27 PM to 1:39 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MRH) [2:22-mj-03368-MTM] (Entered: 11/08/2022) |
| 11/08/2022 | 11 | ORDER OF DETENTION PENDING TRIAL as to Jermell Lyn Stewart. Defendant detained as a danger to the community and flight risk. Signed by Magistrate Judge Eileen S. Willett on 11/8/2022. (MRH) [2:22-mj-03368-MTM] (Entered: 11/08/2022) |
| 11/16/2022 | 12 | MINUTE ENTRY for proceedings held before Magistrate Judge Deborah M Fine: Status Hearing re: Material Witness Video Depositions as to Jermell Lyn Stewart held on 11/16/2022. Material Witnesses' presence previously waived by counsel. The parties file a Stipulation for the Release of Material Witnesses with the Court. SO ORDERED. Material Witness counsel Michael Reeves is excused. Order to issue.<br><br>**Appearances**: AUSA Patrick Chapman on behalf of Lisa Jennis for the Government, CJA Attorney Kaitlin Verdura for Defendant, and CJA Attorney Michael Reeves for Material Witnesses. Defendant is present and in custody. Material Witnesses are not present and in custody. (Recorded by COURTSMART.) Hearing held 2:05 PM to 2:07 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (KGM) [2:22-mj-03368-MTM] (Entered: 11/16/2022) |
| 11/16/2022 | 13 | STIPULATION and Joint Motion for Release of Material Witnesses by USA as to Jermell Lyn Stewart. (KGM) [2:22-mj-03368-MTM] (Entered: 11/16/2022) |
| 11/16/2022 | 14 | ORDER for Release of Material Witnesses pursuant to 13 Stipulation as to Jermell Lyn Stewart: IT IS ORDERED directing the United States Marshal to release the material witnesses in this action to the Department of Homeland Security for return to their countries of origin. Signed by Magistrate Judge Deborah M Fine on 11/15/2022.(KGM) [2:22-mj-03368-MTM] (Entered: 11/16/2022) |
| 11/29/2022 | 15 | INDICTMENT (Redacted for Public Disclosure) as to Jermell Lyn Stewart (1) count(s) 1. Arraignment set for 12/14/2022 at 10:00 AM in Courtroom 305, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Eileen S Willett. (REK) (Entered: 11/29/2022) |
| 11/29/2022 | 16 | DOJ CONFLICT MEMO. No probable conflict re Magistrate Judge Camille D Bibles. No probable conflict re Judge Dominic W Lanza. No probable conflict re Magistrate Judge Michael T Morrissey. Filed by USA as to Jermell Lyn Stewart. (REK) (Entered: 11/29/2022) |
| 11/29/2022 | 18 | SEALED UNREDACTED INDICTMENT as to Jermell Lyn Stewart. (Attachments: # 1 Case Summary) (MAP) (Entered: 11/29/2022) |
| 12/06/2022 | 19 | The parties having contacted the court, IT IS ORDERED, as to Jermell Lyn Stewart, Change of Plea Hearing set for 1/3/2023 at 02:00 PM in Courtroom 305, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Eileen S Willett. Ordered by Magistrate Judge Eileen S Willett.(DSM)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 12/06/2022) |
| 12/14/2022 | 20 | MINUTE ENTRY for proceedings held before Magistrate Judge Eileen S. Willett: Arraignment as to Jermell Lyn Stewart held on 12/14/2022. Defendant waives a formal reading of the Indictment and enters a plea of NOT guilty to all pending counts, as well as a denial to any potential forfeiture allegations. IT IS ORDERED affirming the Change of Plea Hearing currently set for 1/3/2023 at 2:00 PM before this Court.<br><br>**Appearances**: AUSA Benjamin Goldberg on behalf of AUSA Lisa Jennis for the Government, CJA Attorney Kaitlin Verdura for defendant. Defendant is present and in custody. Pretrial Motions due within 21 days. Jury Trial set for 1/17/2023 at 9:00 AM in Courtroom 505, 401 West Washington Street, Phoenix, AZ 85003 before Judge |

| | | |
|---|---|---|
| | | John J. Tuchi. (Recorded by COURTSMART.) Hearing held 10:10 AM to 10:11 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MRH) (Entered: 12/14/2022) |
| 12/14/2022 | 21 | First MOTION to Continue Trial and Extend Time to File Pretrial Motions by Jermell Lyn Stewart. (Attachments: # 1 Order)(Verdura, Kaitlin) (Entered: 12/14/2022) |
| 12/15/2022 | 22 | ORDER: IT IS ORDERED granting 21 Motion to Continue Trial and Extend Time to File Pretrial Motions filed as to Jermell Lyn Stewart (1). Jury Trial reset from 1/17/2023 to 3/7/2023 at 09:00 AM in Courtroom 505, 401 West Washington Street, Phoenix, AZ 85003 before Judge John J Tuchi. Motions due by 2/6/2023. (See attached Order). Signed by Judge John J Tuchi on 12/15/2022.(JAMA) (Entered: 12/15/2022) |
| 01/03/2023 | 23 | CONSENT OF DEFENDANT Jermell Lyn Stewart for a Change of Plea Hearing before a United States Magistrate Judge. (MRH) (Entered: 01/03/2023) |
| 01/03/2023 | 24 | MINUTE ENTRY for proceedings held before Magistrate Judge Eileen S. Willett: Change of Plea Hearing as to Jermell Lyn Stewart held on 1/3/2023. Defendant confirms that he authorized his attorney to sign the Consent (Doc. 23 ) on his behalf. Defendant enters a plea of guilty to Count 1 of the Indictment. THE COURT ORDERS the US Probation Office to prepare a Presentence Report and FURTHER ORDERS the trial date vacated.<br><br>**Appearances**: AUSA Lisa Jennis for the Government, CJA Attorney Kaitlin Verdura for defendant. Defendant is present and in custody. Sentencing set for 3/20/2023 at 2:00 PM in Courtroom 505, 401 West Washington Street, Phoenix, AZ 85003 before Judge John J. Tuchi. (Recorded by COURTSMART.) Hearing held 2:05 PM to 2:26 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MRH) (Entered: 01/03/2023) |
| 01/03/2023 | 25 | LODGED PLEA AGREEMENT as to Jermell Lyn Stewart. (MRH) (Entered: 01/03/2023) |
| 01/04/2023 | 26 | MAGISTRATE JUDGE FINDINGS & RECOMMENDATION UPON A PLEA OF GUILTY AND ORDER as to Jermell Lyn Stewart. Signed by Magistrate Judge Eileen S. Willett on 1/4/2023. (RMW) (Entered: 01/04/2023) |
| 01/19/2023 | 27 | ORDER Adopting Magistrate Judge Findings and Recommendation 26 upon a plea of guilty as to Jermell Lyn Stewart. Signed by Judge John J Tuchi on 1/19/2023.(JAMA) (Entered: 01/19/2023) |
| 02/26/2023 | 29 | First MOTION to Continue Sentencing by Jermell Lyn Stewart. (Attachments: # 1 Order)(Verdura, Kaitlin) (Entered: 02/26/2023) |
| 02/27/2023 | 30 | ORDER: IT IS ORDERED granting 29 Motion to Continue Sentencing as to Jermell Lyn Stewart (1). Sentencing reset from 3/20/2023 to 3/27/2023 at 01:30 PM in Courtroom 505, 401 West Washington Street, Phoenix, AZ 85003 before Judge John J Tuchi. Ordered by Judge John J Tuchi on 2/27/2023. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (JAMA) (Entered: 02/27/2023) |
| 03/27/2023 | 32 | MINUTE ENTRY for proceedings held before Judge John J Tuchi: Sentencing as to Jermell Lyn Stewart held on 3/27/2023. Sentence imposed. Judgment to issue.<br><br>**Appearances**: AUSA Lisa Jennis for the Government, CJA Attorney Kaitlin Verdura for defendant. Defendant is present and in custody. (Court Reporter Elaine Cropper.) Hearing held 1:27 PM to 1:48 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (JAMA) (Entered: 03/27/2023) |
| 03/27/2023 | 33 | PLEA AGREEMENT as to Jermell Lyn Stewart. (JAMA) (Entered: 03/27/2023) |
| 03/27/2023 | 35 | JUDGMENT AND COMMITMENT ISSUED as to Jermell Lyn Stewart (1), Count 1, Defendant committed to the custody of the Bureau of Prisons for a term of TIME SERVED; followed by supervised release for a term of THREE (3) YEARS. Special Assessment: $100. Signed by Judge John J Tuchi on 3/27/2023.(JAMA) (Entered: 03/27/2023) |
| 03/27/2023 | 36 | RELEASE ORDER issued to United States Marshal as to Jermell Lyn Stewart. Signed by Courtroom Deputy on 3/27/2023.(JAMA) (Entered: 03/27/2023) |
| 10/24/2023 | 37 | SUPERVISED RELEASE TRANSFER OUT PENDING re: Transfer to Central District of California as to Jermell Lyn Stewart. Prob 22 signed on 10/23/23. Return of Prob 22 Form deadline set for 12/26/2023. (MAP) (Entered: 10/24/2023) |
| 11/21/2023 | 38 | Supervised Release Jurisdiction Transferred to Central District of California as to Jermell Lyn Stewart. (MAP) (Entered: 11/21/2023) |
| 11/21/2023 | 39 | Notice to Central District of California of Transfer of Supervised Release as to Jermell Lyn Stewart. Your case number is: 2:23-cr-00555-HDV. Please use PACER Court Links to access the public docket and documents.<br><br>*(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (MAP) (Entered: 11/21/2023) |

Case 2:22-cr-01570-JJT Document 1 Filed 11/29/22 Page 1 of 2

GARY M. RESTAINO
United States Attorney
District of Arizona
LISA E. JENNIS
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Lisa.Jennis@usdoj.gov
Attorneys for Plaintiff

X FILED ___ LODGED
___ RECEIVED ___ COPY
NOV 29 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ________ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Jermell Lyn Stewart,

Defendant.

No. CR-22-1570-PHX-JJT (ESW)

**INDICTMENT**

VIO: 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(ii)
(Transportation of Illegal Aliens)
Count 1

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about November 2, 2022, in the District of Arizona, the defendant, JERMELL LYN STEWART, knowing and in reckless disregard of the fact that certain aliens, Fabiola Paredes-Manubes and Asael Hernandez-Barco, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(ii).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: November 29, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
LISA E. JENNIS
Assistant U.S. Attorney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

**United States of America**

v.

**Jermell Lyn Stewart**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**No. CR-22-01570-001-PHX-JJT**

Kaitlin Sofia Verdura (CJA)
Attorney for Defendant

USM#: 30098-510

**THE DEFENDANT ENTERED A PLEA OF** guilty on 1/3/2023 to Count 1 of the Indictment.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, U.S.C. §1324(a)(1)(A)(ii) and (a)(1)(B)(ii), Transportation of Illegal Aliens, a Class D Felony offense, as charged in Count 1 of the Indictment.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **TIME SERVED.** Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **THREE (3) YEARS.**

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $100.00 **FINE:** WAIVED **RESTITUTION:** N/A

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

The defendant shall pay a special assessment of $100.00 which shall be due immediately.

The defendant shall pay a total of $100.00 in criminal monetary penalties, due immediately. Having assessed the defendant's ability to pay, payments of the total criminal monetary penalties are due as follows: Balance is due in equal monthly installments of $25.00 over a period of 4 months to commence 60 days after entry of judgment.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $100.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Count 1 of the Indictment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, (10) costs, including cost of prosecution and court costs.

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

## SUPERVISED RELEASE

It is ordered that while on supervised release, the defendant must comply with the mandatory and standard conditions of supervision as adopted by this court, in General Order 17-18, which incorporates the requirements of USSG §§ 5B1.3 and 5D1.2. Of particular importance, the defendant must not commit another federal, state, or local crime during the term of supervision. Within 72 hours of sentencing or release from the custody of the Bureau of Prisons the defendant must report in person to the Probation Office in the district to which the defendant is released. The defendant must comply with the following conditions:

## MANDATORY CONDITIONS

1) You must not commit another federal, state or local crime.
2) You must not unlawfully possess a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted.
3) You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

## STANDARD CONDITIONS

1) You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of sentencing or your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2) After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3) You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4) You must answer truthfully the questions asked by your probation officer.
5) You must live at a place approved by the probation officer. If you plan to change where you live

or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6) You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

7) You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8) You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9) If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

10) You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11) You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12) If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.

13) You must follow the instructions of the probation officer related to the conditions of supervision.

**SPECIAL CONDITIONS**

The following special conditions are in addition to the conditions of supervised release or supersede any related standard condition:

1) You must cooperate in the collection of DNA as directed by the probation officer.

2) You must participate as instructed by the probation officer in a program of substance abuse treatment (outpatient and/or inpatient) which may include testing for substance abuse. You must contribute to the cost of treatment in an amount to be determined by the probation officer.
3) You must submit to substance abuse testing. You must not attempt to obstruct or tamper with the testing methods. You must contribute to the cost of testing in an amount to be determined by the probation officer.
4) You must submit your person, property, house, residence, vehicle, papers, or office to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.
5) You must maintain full-time employment and/or schooling as directed by the probation officer.
6) You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.
7) You must not use or possess alcohol or alcoholic beverages.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.
The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervised release. The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

The Court orders commitment to the custody of the Bureau of Prisons.

The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence: **Monday, March 27, 2023**

Dated this 27th day of March, 2023.

Honorable John J. Tuchi
United States District Judge

CR-22-01570-001-PHX-JJT
USA vs. Jermell Lyn Stewart

Page 5 of 5

**RETURN**

I have executed this Judgment as follows: ______________________________________________

defendant delivered on ________________ to __________________ at ________________, the institution designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

______________________________________ By: ______________________________

United States Marshal Deputy Marshal

CR-22-01570-001-PHX-JJT- Stewart 3/27/2023 - 1:34 PM